AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name address or brief description of person or property to be searched)

5504 2nd Street, NW, Washington, DC

### SEARCH WARRANT

CASE NUMBER: 08-126-M-01

TO: __TIM ERVIN__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Tim Ervin who has reason to believe that

the property commonly known as 5504 2nd Street, NW is described as a white brick dwelling which is built into the side of a larger two story building. The main entrance door is white in color. There is a white wrought iron screen door covering the main entrance door. The numerals "5504" appear in gray above the main entrance door.

in the District of Columbia, there is now concealed a certain person or property, namely

SEE SCHEDULE A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____MAR 07 2008____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6 00 A M. to 10:00 P M ) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U S. Judge/U.S Magistrate Judge, as required by law

FEB 26 2008    1:45 PM            at Washington D.C.

Date and Time Issued
ALAN KAY
U S MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 2/26/08 | 2/27/08 6:40p | [NO ONE HOME] |
| INVENTORY MADE IN THE PRESENCE OF [NO ONE HOME] |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |||

SEE ATTACHED

FILED

FEB 28

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  2-28-08
U.S. Judge or U.S. Magistrate Judge    Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File #: 245F-WF-230025

On (date): 2/27/08

item(s) listed below were:
[x] Received From
[ ] Returned To
[ ] Released To
[ ] Seized

(Name): _____
(Street Address): 5504 2ND STREET, NW
(City): WASHINGTON, D.C.

Description of Item(s):
1) NOKIA - T-MOBILE CELL PHONE & CHARGER - ROOM A
2) T-MOBILE AIRTIME RECORDS - 202-640-0980 - ROOM A
3) MISC DOCS - ROOM A
4) T-MOBILE AIRTIME RECORDS - 202-468-9628 - ROOM A
5) $2500 - FROM SAFE - ROOM D
6) SUSPECTED COCAINE - FROM SAFE - ROOM D
7) SAMSUNG CELL PHONE & CHARGER - ROOM D
8) VALDEZ - INMATE I.D. - ROOM D
9) MISC DOCS - ROOM D
10) PACKAGE MATERIAL - ROOM D
11) SCALE - ROOM D
12) MISC DOCS - ROOM F
13) COCAINE BAGS - CAR
14) MISC ITEMS & CELL PHONE - CAR

NOTHING ELSE

Received By: _____(Signature)_____
Received From: [NO ONE HOME] (Signature)